OLIVE N. JUDKINS, APPELLEE, V. WILLIAM H. JUDKINS,
APPELLANT.

FILED MARCH 22, 1906.   No. 14,208.

Evidence examined, and *held* to support the decree entered.

APPEAL from the district court for Custer county:
BRUNO O. HOSTETLER, JUDGE.   *Affirmed.*

*H. M. Sullivan,* for appellant.

*J. R. Dean* and *Aaron Wall,* contra.

DUFFIE, C.

The plaintiff filed her bill against the defendant and
appellant claiming a divorce on the ground of cruelty.
The defendant's answer is in the nature of a cross-petition,
asking that he be divorced from the plaintiff.  The court
made the following finding:  "The court finds that the
conduct of each of the parties toward the other has been
such that they are not entitled to relief by a court of
equity.  That neither of said parties has fulfilled the
duties which rest upon them under and by virtue of their
marriage relation, and that because of the ill treatment of
each toward the other neither is entitled to the relief for
which they here pray."  A decree was entered dismissing
both the plaintiff's bill and the defendant's cross-bill.

A careful reading of the evidence contained in a volum-
inous record leads us to believe that the decree was the
only one which could be entered in the case.  We are not
entirely satisfied with the finding that the husband's con-
duct toward his wife is deserving of censure.  It is evident
that he was frugal and saving, and not as liberal in expen-
ditures on account of his wife and family as his circum-
stances might justify.  However, he provided her with
such help as was necessary when it could be obtained, and
lent his own assistance in the performance of her house-

hold duties. The wife appears to be what one of the witnesses denominates "a chronic complainer." She was dissatisfied with her surroundings, with the defendant's conduct and refusal to be more liberal in his expenditures of money, and evidently would not be satisfied with the most kind and liberal treatment. While this was the case, and while, so far as we can see, there was no occasion or excuse for her separating from her husband, she was not guilty of any act which under our statute entitled him to a divorce. While she had left his home without just cause, as we view the evidence, the desertion had not continued for two years when the cross-bill was filed. The case is an unfortunate one, but the evidence does not disclose sufficient facts upon which to grant relief to either party.

·We recommend an affirmance of the judgment.

ALBERT and JACKSON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is

AFFIRMED. ·